**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ONE HANOVER, LLC,

                            Plaintiff,                      22-CV-2723 (VM) (VF)

       -against-                                      **ORDER**

HIGHGATE HOTELS, INC.,

                            Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A discovery conference in this matter is hereby scheduled for **Thursday, July 21, 2022, at 10:00 a.m**. Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time.  **Please dial (888) 808-6929; access code [9781335].**

      SO ORDERED.

DATED:      New York, New York
                  July 14, 2022

                                                        _____
                                                          VALERIE FIGUEREDO
                                                          United States Magistrate Judge