UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ONE HANOVER, LLC,

                         Plaintiff,                             22-CV-2723 (VM) (VF)

        -against-                                     **ORDER**

HIGHGATE HOTELS, INC. et al.,

                        Defendant.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      For the reasons explained at the October 6, 2022 discovery conference, Defendants' deadline to produce documents responsive to RFP Nos. 2 and 7 is October 14, 2022. In addition, the parties are to submit a letter by October 14, 2022 indicating whether they have any amendments to the proposed case management plan and scheduling order (ECF No. 34-1).

      **SO ORDERED.**

DATED:    New York, New York
               October 6, 2022

                                                               VALERIE FIGUEREDO
                                                               United States Magistrate Judge