UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ONE HANOVER, LLC,

               Plaintiff,

- against -

HIGHGATE HOTELS, INC., et al.,

               Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/12/2022

22 Civ. 2723 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

On April 25, 2022, consistent with Section II.B of the Court's Individual Practices, defendant Highgate Hotels, Inc. ("Highgate") sent plaintiff One Hanover, LLC ("Hanover") a premotion letter identifying alleged deficiencies in the Complaint (see Dkt. No. 1) that Hanover filed in this action. (See Dkt. No. 10.) On May 2, 2022, also consistent with the Court's Individual Practices, Hanover sent a letter in response, opposing the grounds that Highgate stated in favor of the proposed motion. (See Dkt. No. 13.)

On May 16, 2022, Hanover filed an Amended Complaint. (See Dkt. No. 14.) On June 16, 2022, defendants Highgate, New Valley LLC, Symphony CP (park lane) Owner LLC, and The Witkoff Group LLC (collectively, "Defendants"), sent Hanover a premotion letter identifying new and remaining alleged deficiencies in the Amended Complaint. (See Dkt. No. 28.) On

June 24, 2022, Hanover sent a letter in response, opposing the grounds that Defendants stated in favor of the proposed motion. (See Dkt. No. 29.)

On October 6, 2022, the Court received a letter from Defendants asserting that the parties had failed to resolve these disputes informally and that the disputes were appropriate for resolution by motion practice. (See Dkt. No. 48.)

Accordingly, the parties are directed to advise the Court whether they consent for the Court to deem the letters identified above to constitute a fully briefed motion and rule on the basis of the limited briefs, or whether the parties request supplemental or full briefing on Defendants' motion. If the parties request supplemental or full briefing, they shall submit a proposed briefing schedule within one week of the date of this Order.

**SO ORDERED.**

Dated:   12 October 2022
         New York, New York

Victor Marrero
U.S.D.J.