UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ONE HANOVER, LLC,

                Plaintiff,           22-CV-2723 (VM) (VF)

    -against-                **ORDER**

HIGHGATE HOTELS, INC. et al.,

                Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

    For the reasons explained at the December 20, 2022 telephonic conference, Defendants' deadline to produce documents responsive to RFP No. 7 is **January 20, 2023**. In addition, the parties are directed to submit a joint letter by **January 31, 2023**, updating the Court on the status of Defendants' search and document production with respect to RFP Nos. 3-5.

    **SO ORDERED.**

DATED:     New York, New York
              December 21, 2022

                                              _____
                                              VALERIE FIGUEREDO
                                              United States Magistrate Judge