UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ONE HANOVER, LLC,

                            Plaintiff,                    22-CV-2723 (VM) (VF)

         -against-                           **ORDER**

HIGHGATE HOTELS, INC. et al.,

                            Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      As stated at the April 19, 2023 discovery conference, the parties are directed to meet and confer regarding the matters addressed at the conference, and to submit a joint letter by no later than **May 5, 2023**, detailing the outcome of their meet and confer and any remaining disputes.

      In addition, Defendants are ordered to respond to Plaintiff's interrogatories served on December 19, 2022. See ECF No. 73 at 4 (Plaintiff's request seeking a Court order requiring Defendants' response). The interrogatories were served before fact discovery had closed, and with enough time for Defendants to respond before the fact discovery deadline of February 1, 2023.

      SO ORDERED.

DATED:    New York, New York
              April 20, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge