UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ONE HANOVER, LLC,

                                Plaintiff,                              22-CV-2723 (VM) (VF)

        -against-                                        **ORDER**

HIGHGATE HOTELS, INC. et al.,

                                Defendant.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

       The June 22, 2023 discovery conference is hereby adjourned to **Thursday, July 6, 2023 at 10:00 a.m.** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Based on the parties' representations that the case has settled in principle, the parties are directed to submit a joint letter by no later than **Wednesday, July 5, 2023 at 12:00 p.m.** informing the Court whether the settlement has been finalized and the conference should be canceled.

       SO ORDERED.

DATED:     New York, New York
                  June 22, 2023

                                                                        _____
                                                                       VALERIE FIGUEREDO
                                                                       United States Magistrate Judge