**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ONE HANOVER, LLC,

                              Plaintiff,

- against -

THE WITKOFF GROUP LLC, SYMPHONY CP
(PARK LANE) OWNER LLC, NEW VALLEY LLC
and HIGHGATE HOTELS, INC.,

                              Defendants.
----------------------------------------------------------------X

Civil Action No.: 22-2723 (JGLC)

FINAL JUDGMENT ON CONSENT

      Plaintiff ONE HANOVER, LLC having filed an Amended Complaint against Defendants SYMPHONY CP (PARK LANE) OWNER LLC, HIGHGATE HOTELS, INC. and other defendants; having asserted claims for trademark infringement; and the parties having agreed to resolve this matter and having entered into a Settlement Agreement for that purpose; and such Settlement Agreement providing for, *inter alia*, the entry of a Final Judgment on Consent without an admission of wrong doing, fault or liability on the part of any party; and for good cause shown; it is,

      ORDERED and ADJUDGED that (A) SYMPHONY CP (PARK LANE) OWNER LLC and HIGHGATE HOTELS, INC., together with their officers, agents, servants, employees, and those persons in active concert with them, are hereby permanently enjoined and restrained from (1) reproducing, copying, displaying, the word mark HARRY'S or any mark similar to, or substantially indistinguishable therefrom including HARRY'S NEW YORK BAR on the services listed in Plaintiff's Trademark Registrations or any product/service related thereto, and (2) advertising, promoting, importing, selling, marketing, offering for sale or otherwise distributing their infringing services or goods in connection with the word mark HARRY'S or

any mark similar to, or substantially indistinguishable therefrom, and (3) holding themselves out as, or otherwise representing themselves to be, the owners of, or otherwise authorized to use, the "HARRY'S" Trademark or (4) from in any other way infringing Plaintiff's "HARRY'S" word mark or (5) effecting assignments or transfers, forming new entities or associations or utilizing any other means or devices for the purpose of circumventing or otherwise avoiding the prohibitions set forth in numbers (1) through (4) hereof; and (B) the parties' entry into this Final Judgment on Consent is without an admission of wrong doing, fault or liability on the part of any party; and

      The Clerk is directed to enter Judgment which will go into effect accordingly on September 7, 2023.

Dated:  New York, New York
        July 8, 2023

*/s/ John P. Bostany*                                   */s/ John Posthumus*

John P. Bostany                                          John Posthumus
The Bostany Law Firm PLLC                 Polsinelli PC
3 World Financial Center- 24th Fl            1401 Lawrence Street, Suite 2300
New York, New York 10281                  Denver, Colorado  80202

*Attorneys for Plaintiff*                                  *Attorneys for Defendants*

Dated:  July 11, 2023          SO ORDERED.
       New York, New York

                                           */s/ Jessica Clarke*
                                        Hon. Jessica G. L. Clarke
                                        United States District Judge