UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ONE HANOVER, LLC,

        Plaintiff,

- against -

THE WITKOFF GROUP LLC, SYMPHONY CP
(PARK LANE) OWNER LLC, NEW VALLEY LLC
and HIGHGATE HOTELS, INC.,

        Defendants.
------------------------------------------------------------------X

Civil Action No.: 22-2723 (JGLC)

**STIPULATION of DISMISSAL**

  IT IS HEREBY STIPULATED and Agreed by and between the undersigned counsel for the parties hereto that in accordance with the terms of the parties' settlement agreement:

(1) this action by Plaintiff against THE WITKOFF GROUP LLC and NEW VALLEY LLC is hereby dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii); and (2) Defendants' counterclaims against Plaintiff are hereby dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and Fed.R.Civ.P.41(c).

Dated: July 13, 2023

_/s/ John Bostany_____     _/s/ John Posthumus_____
John P. Bostany               John Posthumus
The Bostany Law Firm PLLC         Polsinelli PC
3 World Financial Center – 24th Floor     1401 Lawrence Street, Suite 2300
New York, New York 10281         Denver, CO 80202
*Attorneys for Plaintiff*            *Attorneys for Defendants*